**EXHIBIT D**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYRON BREEZE, JR., and KAREEM NELSON,
on behalf of themselves, and all others similarly
situated,

                      Plaintiffs,

    v.

ST MANAGEMENT GROUP, INC., 1260 BAKE,
LLC, 57TH BAKERY OPERATING, LLC, 51ST
STREET BAKERY, LLC, 1211 BAKE OPERATING,
LLC, 475 BAKE, LLC, 309 FRESH, LLC, 1359
B'WAY CORP., PARK AVENUE BAKE, LLC, 8TH
ST BAKE, LLC, 363 BAKE OPERATING, LLC, 729
BAKE, LLC, and 60TH ST BAKE, LLC,

                 Defendants.

Case No. 1:17-CV-02723-JPO

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Byron Breeze,

Jr. and Kareem Nelson ("Plaintiffs") and Defendants ST Management Group, Inc., 1260 Bake,

LLC, 57th Bakery Operating, LLC, 51st Street Bakery, LLC, 1211 Bake Operating, LLC, 475

Bake, LLC, 309 Fresh, LLC, 1359 B'way Corp., Park Avenue Bake, LLC, 8th St Bake, LLC,

363 Bake Operating, LLC, 729 Bake, LLC, and 60th St Bake, LLC, (collectively, "Defendants"),

through their undersigned respective counsel, that the above-entitled action be, and the same

hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs,

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:   New York, New York
         December 25, 2017

BASHIAN & PAPANTONIOU, P.C                    HOFFMANN & ASSOCIATES

By: _____                By: _____
        Erik M. Bashian                               Andrew S. Hoffmann
500 Old Country Road, Suite 302               450 Seventh Avenue, Suite 1400
Garden City, NY 11530                         New York, NY 10123
(516) 279-1555                                (212) 679-0400
eb@bashpaplaw.com                             Andrew.Hoffmann@hoffmannlegal.com


LAW OFFICES OF NOLAN KLEIN, P.A.              DAVIS & GILBERT LLP

By: _____                By: _____
        Nolan K. Klein                                Neal H. Klausner
        Valerie K. Ferrier                            Gregg L. Brochin
39 Broadway, Suite 2250                               Jacklyn M. Siegel
New York, NY 10006                            1740 Broadway
(646) 560-3230                                New York, NY 10019
klein@nklegal.com                             (212) 468-4800
ferrier@nklegal.com                           nklausner@dglaw.com
                                              gbrochin@dglaw.com
*Attorneys for Plaintiffs*                    jsiegel@dglaw.com

                                              *Attorneys for Defendants*


**SO ORDERED:**

_____
        J. PAUL OETKEN                         January 11, 2018
   United States District Judge

2